[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED BY ___ D.C.

JUN 28 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Johnnie Banks
17117-084

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: ______________________
(To be supplied by the Clerk of this Court)

Southbeach Singles INC

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

______ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

______ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

✓ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: ~~Southbeach Singles~~ Johnnie Banks

B. List all aliases: ______

C. Prisoner identification number: 17117-084

D. Place of present confinement: USP Thomson

E. Address: P.O. Box 1002 Thomson IL 61285

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C.**)

A. Defendant: Southbeach Singles INC

Title: Business

Place of Employment: Miami FL P.O. BOX 381619

B. Defendant: ______

Title: ______

Place of Employment: ______

C. Defendant: ______

Title: ______

Place of Employment: ______

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Johnnie Banks v. USP Thomson Et al 21 C 50362

B. Approximate date of filing lawsuit: Oct 28, 2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______

D. List all defendants: M. Troutman, Nicholson, Whalen, bessler, Rowzee, Tunnabough, Hess, Barnes, SIA department and Zumkehr

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS

F. Name of judge to whom case was assigned: IAIN Johnston

G. Basic claim made: Cruel Unusual Punishment, Discrimination, Religion, and Human Right

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): WAS DISMISSED.

I. Approximate date of disposition: DEC 20, 2021

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about MACRH 16, 2021 a $40 MONEY ORDER WAS release to Southbeach Singles. SEE ATTACHED EXHIBITS. Specifically, for the Pof or TAG SERVICES that they advertised in a 2020-2021 Brochures/catelog. I followed all instructions Sending 1 photo, with a full profile. Southbeach wrote me back after I sent a number of letters to verify they received everything. They wrote me back stating they dont have that services right now but they can provide me pictures for that amount. I first ask for my money back another 2 months, went by so I wrote and told them to just send picture at 50¢ per picture. A month later I received 20 pictures not even the ones I request. That still was nothing but $10. I've wrote a host of letter but no response of my pictures nor money. I have been a Victim of fraud and false advertising and mulnipalation. They had brochures/catelog with that service but got my money and did not fulfill that advertisment. As a citizen on United States I am protected from thiese type crimes and better burreau of Business fight those types of crimes.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Any business has specific laws to abey and shall not violatee The southbeach Singles have done just that.

Inmate Delaney #43749-424 is my witness also Gerald Harris.

I did give southbeach nearly 11 months to compensate me despite violating my rights and United States laws. They still did not acknowledge their wrongs.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want justice to be served as if It were me. I want $20,000 for the crimes committed against me and for jail time time to be considered.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 31th day of JAN, 20 22

Johnnie Banks
(Signature of plaintiff or plaintiffs)

Johnnie Banks
(Print name)

17117-084
(I.D. Number)

P.O. Box 1002
Thomson, IL 61285
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



United States Treasury 15-51/000 G 069,349,679

Check No.

03 11 21 15100438 KANSAS CITY, MO 4039 22295729
000650133871 4039 22295729 M2 0000000WS00310

Pay to the order of SOUTHBEACH SINGLES
PO BOX 381619
MIAMI FL 33238 0000

$******40*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

008

Bills
P0419
Per Enclosed Mailing Notice

⑈4039 2⑈ ⑆000000518⑆ 22295729 5⑈ 010321

WARNING - DO NOT CASH CHECK WITHOUT
NOTING WATERMARK
HOLD TO LIGHT TO VERIFY WATERMARK
Forgery of endorsement on U.S. Treasury Checks is a Federal crime. Maximum penalty $10,000 fine and ten years imprisonment 18 USC 510

FOR DEPOSIT ONLY
SOUTH BEACH SINGLES
2000029313983

| | Type | RT | Date | ISN | Truncated |
|---|---|---|---|---|---|
| Electronic Endorsements | Subsequent | 061000146 | 20210317 | 5549415112 | N |
| | BOFD | 091000019 | 20210316 | 476358092 | Y |

Johnnie Banks #17117-089
USP Thomson
P.O. Box 1002
Thomson, IL 61285
QUAD CITIES IL P&DF
IL 612 1 L
24 JUN 2022 PM
FOREVER USA
UNITED STATES COURTH
400 North Miami Ave
Room 8N09
Miami, Florida
LEGAL MAIL
3312831805
USMS
INSPECTED
RECEIVED
JUN 28 2022
12:51 PM

